DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL MEGILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR. S. 08-030-GEB |
| | ) |
| Plaintiff, | ) **STIPULATION FOR ORDER EXTENDING** |
| | ) **DATE FOR SELF-SURRENDER; ORDER** |
| v. | ) |
| | ) |
| MICHAEL MEGILL, | ) Judge: Hon. Garland E. Burrell |
| | ) Jr. |
| Defendant. | ) |
| | ) |
| _____ | ) |

　　　Defendant, through counsel, hereby requests an extension of his self-surrender date one week from October 31, 2008 to November 7, 2008 at 2:00 p.m.  The United States does not oppose this request.

　　　Mr. Megill seeks an extension of time to self-surrender so that he may finish out the month of October with his employer.

//

//

1    Based upon the foregoing, the parties stipulate and request that
2 this Court enter an Order extending the self-surrender date to November
3 7, 2008, at 2:00 p.m.

5 Dated:   September 30, 2008
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender


                                    McGREGOR SCOTT
                                    United States Attorney



                                    By /s/ Sean Flynn
                                    SEAN FLYNN
                                    Asst. U.S. Attorney
                                    Attorney for Plaintiff



**O R D E R**

   The date of October 31, 2008 for self-surrender is vacated.  The
new date of November 7, 2008 at 2:00 p.m. is set for self-surrender.

Dated:   October 1, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2