```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL MEGILL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S. 08-030-GEB |
| Plaintiff, | **STIPULATION FOR ORDER EXTENDING DATE FOR SELF-SURRENDER; ORDER** |
| v. | |
| MICHAEL MEGILL, | Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | |

Defendant, through counsel, hereby requests an extension of his self-surrender date one week from November 7, 2008 to December 5, 2008 at 2:00 p.m. The United States does not oppose this request.

Mr. Megill seeks an extension of time to self-surrender because he has not yet been designated to an institution by the BOP. The Marshals and BOP have indicated that designation is taking longer than usual because Mr. Megill is a former BOP employee. Mr. Megill intends to turn himself in as soon as a facility is designated.

//

//

Based upon the foregoing, the parties stipulate and request that this Court enter an Order extending the self-surrender date to December 5, 2008, at 2:00 p.m.

Dated:  November 5, 2008

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Rachelle Barbour
                                          RACHELLE BARBOUR
                                          Assistant Federal Defender


                                          McGREGOR SCOTT
                                          United States Attorney


                                          By /s/ Sean Flynn
                                          SEAN FLYNN
                                          Asst. U.S. Attorney
                                          Attorney for Plaintiff



**O R D E R**

The date of November 7, 2008 for self-surrender is vacated.  The new date of December 5, 2008 at 2:00 p.m. is set for self-surrender.

Dated:  November 6, 2008

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge